**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESUS DIAZ,<br><br>                              Petitioner,<br><br>        v.<br><br>TODD BLANCHE, Acting Attorney General of the United States, *et al.*,<br><br>                              Respondents. | Case No. 26-cv-4515-BAS<br><br>**ORDER DENYING PETITION WITHOUT PREJUDICE** |

Presently before the Court are a Petition and Application for Writ of Habeas Corpus Ad Prosequendum filed on August 6, 2026.  (ECF Nos. 1–2.)  The Petition alleges Petitioner has not been presented for an initial appearance in violation of Federal Rule of Criminal Procedure 5.  However, it does not state the date of Petitioner's arrest, so the duration of any alleged delay cannot be determined. Petitioner seeks a writ of habeas corpus ad prosequendum directing Respondents to immediately present Petitioner to a magistrate judge for arraignment.

Accordingly, the Court **DENIES** the Petition and Application as moot. Petitioner is scheduled for arraignment on August 7, 2026 at 2:00 p.m. Whether the delay in arraignment was unreasonable or has any consequence can be raised in the underlying criminal case. Further, the Clerk of Court shall serve this Order on the U.S. Attorney's Office and close the case.

**IT IS SO ORDERED.**

**DATED: August 7, 2026**

_Cynthia Bashant_

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**